# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

J–M Manufacturing Company, Inc.

                              Plaintiff,

v.                                                 Case No.: 1:24–cv–03853
                                                          Honorable Robert W. Gettleman

Simmons Hanly Conroy, LLP, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendants' Agreed Motion for Leave to Exceed Page Limits [14] is granted. Defendants have leave to file a consolidated memorandum of up to 35 pages in support of their motion to dismiss and a consolidated memorandum of up to 20 pages in support of their anti–SLAPP motion. Defendants' responsive pleading due by 7/19/2024. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.