**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., | |
| Plaintiff, | Hon. Robert W. Gettleman |
| v. | CASE NO. 1:24-CV-03853 |
| SIMMONS HANLY CONROY, LLP, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, AND JOHN AND JANE DOES 1–25, | JURY TRIAL DEMANDED ORAL ARGUMENT REQUESTED |
| Defendants. | |

**DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16 AND FOR ATTORNEYS' FEES**

Defendants Simmons Hanly Conroy LLP, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, and Stan Jones respectfully move this Court to strike Counts III, IV, and V of Plaintiff J-M Manufacturing Company, Inc.'s Complaint pursuant to California Code of Civil Procedure section 425.16 (California's anti-SLAPP statute). In support of this Special Motion, Defendants submit the accompanying memorandum of law.

**WHEREFORE**, Defendants Simmons Hanly Conroy LLP, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, and Stan Jones respectfully request that this Court enter an order striking Counts III, IV, and V of the Complaint with prejudice, setting a briefing schedule to determine the amount of an award of attorneys' fees and costs, and granting such other and further relief that may be just and proper.

Dated:  July 16, 2024

Respectfully submitted,

*/s/ John R. Storino*

Reid J. Schar (6243821)
John R. Storino (6273115)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Tel:  (312) 222-9350
Fax:  (312) 527-0484
rschar@jenner.com
jstorino@jenner.com

Kirsten H. Spira (admitted *pro hac vice*)
JENNER & BLOCK LLP
2029 Century Park East
Suite 1450
Los Angeles, CA 90067-2901
Tel:  (213) 239-6900
kspira@jenner.com

Amit B. Patel (6309876)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel:  (212) 891-1600
apatel@jenner.com

*Counsel for Defendants*