# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., | |
| Plaintiff, | Hon. Robert W. Gettleman |
| v. | CASE NO. 1:24-CV-03853 |
| SIMMONS HANLY CONROY, LLP, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, AND JOHN AND JANE DOES 1–25, | JURY TRIAL DEMANDED ORAL ARGUMENT REQUESTED |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants Simmons Hanly Conroy LLP, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, and Stan Jones respectfully move this Court to dismiss the Complaint of Plaintiff J-M Manufacturing Company, Inc. with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). In support of this Motion, Defendants submit the accompanying memorandum of law.

**WHEREFORE**, Defendants Simmons Hanly Conroy LLP, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, and Stan Jones respectfully request that this Court enter an order dismissing the Complaint in its entirety with prejudice, and granting such other and further relief that may be just and proper.

| | |
|---|---|
| Dated: July 19, 2024 | Respectfully submitted,<br><br>*/s/ John R. Storino*<br><br>Reid J. Schar (6243821)<br>John R. Storino (6273115)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br>rschar@jenner.com<br>jstorino@jenner.com<br><br>Kirsten H. Spira (admitted *pro hac vice*)<br>JENNER & BLOCK LLP<br>2029 Century Park East<br>Suite 1450<br>Los Angeles, CA 90067-2901<br>Tel: (213) 239-6900<br>kspira@jenner.com<br><br>Amit B. Patel (6309876)<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Tel: (212) 891-1600<br>apatel@jenner.com<br><br>*Counsel for Defendants* |