# EXHIBIT A - CASES FILED BY SIMMONS HANLY REFERENCED IN COMPLAINT

| CASE | JURISDICTION | RESOLUTION OF CLAIMS AGAINST J-MM |
|---|---|---|
| *Bretado v. 3M Company*, No. 18STCV01101 | Filed in California, 10/15/2018 (Compl. ¶ 95) | Settled "in August 2019" (Compl. ¶ 105 and p. 75) |
| *Carranza v. 3M Company*, No. 18STCV04130 | Filed in California, 11/07/2018 (Compl. ¶ 107; RJN Ex. 1) | Voluntarily Dismissed, 03/27/2020 (Compl. ¶ 114) |
| *Perkins v. A.W. Chesterton*, No. 21-CV-01914 | Filed in Illinois, 11/18/2019 (Compl. ¶ 115)<br><br>"Refiled" in Vermont due to a "jurisdictional defect in Illinois," 7/15/2021 (Compl. ¶ 119) | Settled, 08/10/2023 (Compl. ¶ 124) |
| *Yates v. Basco Drywall & Painting Co.*, No. RG19019624 | Filed in California, 05/20/2019 (Compl. ¶ 125) | Voluntarily Dismissed, 10/14/2021 (Compl. ¶ 133) |
| *Montgomery v. Caterpillar*, No. 21STCV01078 | Filed in California, 01/11/2021 (Compl. ¶ 134) | Voluntarily Dismissed, 02/02/2023 (Compl. ¶ 142) |
| *Swiger v. A.R. Wilfley & Sons, Inc.*, No. 19-C-402 | Filed in West VA, 05/23/2019 (Compl. ¶ 187; RJN Ex. 2) | Settled, 08/03/2021[1] (Compl. ¶ 187) |
| *Azevedo v. A.W. Chesterton Company*, No. 1981CV02914 | Filed in Massachusetts, 10/04/2019 (Compl. ¶ 243; RJN Ex. 4) | Settled, 01/27/2023 (Compl. ¶ 243 and p. 76) (date "emails re dismissal and settlement" sent to J-MM) |
| *Boyance v. Calaveras Asbestos, Ltd.*, No. 19STCV39278 | Filed in California, 11/01/2019<br><br>Refiled in California as a wrongful death case, 06/24/2020 (Compl. ¶ 243; RJN Exs. 5 and 6) | Settled, 09/28/2022 (Compl. ¶ 243 and p. 76) (date "settlement paperwork" distributed) |
| *Noll v. American Biltrite Inc.*, No. 13-2-06781-1 | Filed in Washington State, 02/26/2013 (Compl. ¶ 153; RJN Ex. 8) | Settled, 11/08/2013 (date of notice of settlement) (Compl. ¶ 153; RJN Ex. 8) |

---

[1] J-MM and Swiger entered into a written settlement agreement as of August 24, 2021. In the unlikely event that J-MM should dispute the existence of the settlement, Defendants will file the settlement agreement with the Court, under seal.

| CASE | JURISDICTION | RESOLUTION OF CLAIMS AGAINST J-MM |
|------|--------------|-----------------------------------|
| *Morgan v. J-M Mfg. Co., Inc.*, No. BC695605 | Filed in California, 02/23/2018 (Compl. ¶ 192; *Morgan v. J-M Mfg. Co., Inc.,* 60 Cal. App. 5th 1078, 1083 (2021)) | Jury Verdict, 11/15/2018 ($7.2 million compensatory damages, $15 million punitive damages), affirmed (with remittitur) on 1/27/2021. (*Morgan v. J-M Mfg. Co., Inc.*, 60 Cal. App. 5th 1078 (2021); RJN Ex. 9, ¶ 7) |