**EXHIBIT B – SUMMARY OF ALLEGATIONS AS TO EACH INDIVIDUAL DEFENDANT**

| DEFENDANT | ALLEGATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| **Nicholas Angelides** | Leads the alleged enterprise.<br><br>Compl. ¶ 74 | "[A]ctively facilitated" "fabricat[ion] [of] Bretado's allegations" or "attempt[ed] to cover up misconduct described in the *Peebles* complaint."<br><br>Compl. ¶ 104 | "[B]rainchild of 'the legal strategy.'"<br><br>Compl. ¶ 183 | On the case team of *Bretado* and *Montgomery*.<br><br>Compl. ¶ 184 | Involved in termination of Peebles.<br><br>Compl. ¶ 184 | | |
| **Perry Browder** | Leads the alleged enterprise.<br><br>Compl. ¶ 74 | Signed *Bretado* settlement paperwork in or around August 2019.<br><br>Compl. ¶ 105 | "Involved in" *Perkins* settlement, which occurred on August 10, 2023.<br><br>Compl. ¶ 124 | Runs the day-to-day operations of the alleged enterprise.<br><br>Compl. ¶ 186 | "[I]nvolved in, signed, and transmitted paperwork related to" settlements.<br><br>Compl. ¶¶ 187, 202 | "[I]nvolved in the decision making related to" using "sham" cases as "bargaining chips to encourage settlement."<br><br>Compl. ¶ 187 | Involved in termination of Peebles.<br><br>Compl. ¶ 188 |

| DEFENDANT | ALLEGATIONS | | | | | |
|---|---|---|---|---|---|---|
| **Suvir Dhar** | "[I]nvolved in the case as counsel" for *Carranza*, which was filed on November 7, 2018.<br><br>Compl. ¶ 107 | Spoke to Carranza's alleged employer who said certain allegations were not accurate.<br><br>Compl. ¶ 108 | Solicited perjured testimony in *Carranza* from Carranza's brother.<br><br>Compl. ¶ 194 | | | |
| **Crystal Foley** | Filed *Bretado* complaint on October 15, 2018.<br><br>Compl. ¶ 95 | "[S]igned and served" false interrogatory responses on January 30, 2019 and on June 14, 2019 in *Bretado*, along with signing and serving false documents in other cases.<br><br>Compl. ¶¶ 103, 201 | Filed *Carranza* complaint on November 7, 2018.<br><br>Compl. ¶ 107 | Signed discovery responses on April 8, 2019, June 19, 2019, November 21, 2019, and February 3, 2020 in *Carranza*.<br><br>Compl. ¶ 113 | "[I]nvolved in the dismissal" of *Carranza* on March 27, 2020.<br><br>Compl. ¶ 114 | |

2

| DEFENDANT | ALLEGATIONS | | | | |
|---|---|---|---|---|---|
| **Amy Garrett** | Leads the alleged enterprise.<br><br>Compl. ¶ 74 | Involved in legal filings in response to *Peebles* complaint.<br><br>Compl. ¶ 190 | | | |
| **Benjamin Goldstein** | "[A]ctively facilitated" "fabricat[ion] [of] Bretado's allegations" or "attempt[ed] to cover up misconduct described in the *Peebles* complaint."<br><br>Compl. ¶ 104 | "[I]nvolved in" the voluntary dismissal of *Carranza*, *Perkins*, and *Azevedo*.<br><br>Compl. ¶¶ 114, 202 | "[I]nvolved in" *Bretado*, *Carranza*, *Yates*, *Montgomery*, and *Morgan*.<br><br>Compl. ¶ 192 | "[T]ook part in retaliatory conduct" against Peebles.<br><br>Compl. ¶ 192 | |

3

| DEFENDANT | ALLEGATIONS | | |
|---|---|---|---|
| **Stan Jones** | Acted as case investigator.<br><br>Compl. ¶ 75 | Built cases and found evidence.<br><br>Compl. ¶ 75 | Provided translation services in depositions in *Bretado* and *Carranza*, and "assisted in the coaching of . . . witnesses"<br><br>Compl. ¶¶ 97 n.2, 109, 195–96 |
| **Deborah Rosenthal** | Filed Motion for Summary Judgment in *Carranza* on November 26, 2019.<br><br>Compl. ¶ 113 | Sent "threatening letters and emails" in connection with *Yates* and *Montgomery*.<br><br>Compl. ¶¶ 129, 141, 194 | |

4