IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIMMONS HANLY CONROY, LLP, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, and JOHN AND JANE DOES 1-25, <br><br> Defendants. | Civil Action No. 1:24-cv-03853 <br><br> Honorable Robert W. Gettleman <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS AND TO CLARIFY BRIEFING SCHEDULE FOR REQUEST FOR JUDICIAL NOTICE**

Plaintiff J-M Manufacturing Company, Inc. ("J-M Manufacturing") files this motion requesting that the Court grant it leave to file oppositions to Defendants' Special Motion to Strike (Dkt. No. 21) and Motion to Dismiss (Dkt. No. 23) in excess of otherwise applicable page limits and to clarify the briefing schedule related to Defendants' Request for Judicial Notice in Support of Their Motion to Dismiss and Special Motion to Strike (Dkt. No. 25). Counsel for J-M Manufacturing conferred with counsel for Defendants and understands that Defendants do not oppose the requests in this motion. In support of this motion, J-M Manufacturing states as follows:

1. On May 10, 2024, J-M Manufacturing filed its Complaint against Defendants, asserting violations of Sections 1962(c) and (d) of the Racketeer Influenced and Corrupt Organizations Act and violations of state law.

1

2. On July 8, 2024, counsel for the parties met and conferred about Defendants' anticipated motions in response to the Complaint. At that time, counsel for Defendants informed counsel for J-M Manufacturing that Defendants intended to file a Motion to Dismiss and Motion to Strike and asked if J-M Manufacturing would agree to Defendants' filing fifty-five (55) pages in total for the briefing related to those motions. Counsel J-M Manufacturing agreed to the requested page extension on behalf of J-M Manufacturing and proposed that "Defendants agree to reciprocal relief as to J-M[ Manufacturing]'s briefs in response to Defendants' motions." Dkt. No. 14 at 2. Defendants' counsel "so agreed on behalf of Defendants." *Id.*

3. On July 9, 2024, Defendants filed an agreed motion asking this Court to extend the page limitations to (a) thirty-five (35) pages for the Memorandum in Support of the Motion to Dismiss and (b) twenty (20) pages for the Memorandum in Support of the Motion to Strike. Dkt. No. 14. That motion noted the parties' agreement on a reciprocal page extension.

4. The Court granted Defendants' page extension motion on July 15, 2024 and set a briefing schedule for Defendants' Motion to Dismiss and Motion to Strike that made the motions due on July 19, 2024, the oppositions due on September 3, 2024, and the replies due on September 24, 2024. Dkt. No. 20.

5. Defendants subsequently filed their Motion to Strike and Motion to Dismiss and accompanying memoranda in support. Dkt. Nos. 21-24.

6. In connection with that filing, Defendants filed a Request for Judicial Notice in Support of their Motion to Dismiss and Special Motion to Strike. Dkt. No. 25.

7. J-M Manufacturing now files this motion requesting leave to file an opposition to the Motion to Dismiss of up to thirty-five (35) pages and an opposition to the Motion to Strike of up to twenty (20) pages, consistent with memoranda in support filed by Defendants and the agreement of the parties.

8.       J-M Manufacturing also files this motion to request clarification from the Court that the deadline for the opposition to the Request for Judicial Notice is September 3, 2024.

**WHEREFORE**, without objection, J-M Manufacturing respectfully requests that the Court grant it leave to file (a) an opposition to Defendants' Motion to Dismiss of up to thirty-five (35) pages and (b) an opposition to Defendants' Motion to Strike of up to twenty (20) pages and to clarify that J-M Manufacturing deadline to file an opposition to Defendant's Request for Judicial Notice is September 3, 2024.

Dated:  August 2, 2024                                          Respectfully submitted,

/s/ John J. Byron
Ashwin J. Ram (ARDC No. 6286478)
John J. Byron (ARDC No. 6334732)
Maria O'Keeffe (ARDC No. 6342654)
Steptoe LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
(213) 439-9443
aram@steptoe.com
jbyron@steptoe.com
mokeeffe@steptoe.com

Andrew Adams (*Pro Hac Vice Forthcoming*)
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
acadams@steptoe.com

Sonja Arndt (*Pro Hac Vice*)
Steptoe LLP
One Market Plaza
Steuart Tower, Suite 1070
1 Market Street, Number 1800
San Francisco, CA 94105
sarndtjohnson@steptoe.com

Frank Fletcher (*Pro Hac Vice*)
General Counsel
J-M Manufacturing Company, Inc. d/b/a JM Eagle
5200 W. Century Boulevard
Los Angeles, CA 90045

*Counsel for J-M Manufacturing Company, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on August 2, 2024, I caused a true and correct copy of this motion to be electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

*/s/ John J. Byron*
John J. Byron