IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIMMONS HANLY CONROY, LLP, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, and JOHN AND JANE DOES 1-25, <br><br> Defendants. | Civil Action No. 1:24-cv-03853 <br><br> Honorable Robert W. Gettleman <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Plaintiff's Unopposed Motion for Leave to Exceed Page Limits and to Clarify Briefing Schedule for Request for Judicial Notice [26] is granted. IT IS HEREBY ORDERED:

1. Plaintiff may file an opposition of up to thirty-five (35) pages to Defendants' Motion to Dismiss [23];

2. Plaintiff may file an opposition of up to twenty (20) pages to Defendants' Motion to Strike [21]; and

3. The deadline for Plaintiff's opposition to Defendants' Request for Judicial Notice [25] is September 3, 2024.

ENTERED: August 5, 2024

_____
Hon. Robert W. Gettleman