# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIMMONS HANLY CONROY, LLP, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, and JOHN AND JANE DOES 1-25, <br><br> Defendants. | Civil Action No. 1:24-cv-03853 <br><br> Honorable Robert W. Gettleman <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, SPECIAL MOTION TO STRIKE, AND REQUEST FOR JUDICIAL NOTICE

Plaintiff J-M Manufacturing Company, Inc. ("J-M Manufacturing") files this agreed motion requesting that the Court grant it a four-week extension to file oppositions to Defendants' Special Motion to Strike (Dkt. No. 21), Motion to Dismiss (Dkt. No. 23), Request for Judicial Notice in Support of Their Motion to Dismiss and Special Motion to Strike (Dkt. No. 25). Counsel for J-M Manufacturing conferred with counsel for Defendants and understands that Defendants agree to the request in this motion. In support of this motion, J-M Manufacturing states as follows:

1. On May 10, 2024, J-M Manufacturing filed its Complaint against Defendants, asserting violations of Sections 1962(c) and (d) of the Racketeer Influenced and Corrupt Organizations Act and violations of state law.

1

2. The Court subsequently set the briefing schedule for responsive motions to J-M Manufacturing's Complaint as follows: Defendants' motions were due July 19, 2024, J-M Manufacturing's responses are due September 3, 2024, and Defendants' replies are due September 24, 2024. Dkt. Nos. 20, 27.

3. Defendants timely filed their Motion to Strike, Motion to Dismiss, Request for Judicial Notice in Support of their Motion to Dismiss and Special Motion to Strike, and accompanying memoranda in support. Dkt. Nos. 21–25.

4. J-M Manufacturing has diligently worked to respond to Defendants' three motions and intended to comply with the Court's briefing schedule. Its efforts to finalize its oppositions to Defendants' three motions were interrupted by an unexpected and tragic accident involving J-M Manufacturing's co-lead counsel, John Byron.

5. In the early morning hours of September 1, 2024, Mr. Byron suffered a brain aneurysm. At the time, Mr. Byron was in sole possession of the working drafts of J-M Manufacturing's briefs in opposition to Defendants' Motion to Dismiss, Motion to Strike, and Request for Judicial Notice.

6. J-M Manufacturing has yet been unable to recover the latest draft briefs in opposition to Defendants' Motion to Dismiss, Motion to Strike, and Request for Judicial Notice.

7. On September 2, 2024, the parties conferred, and J-M Manufacturing requested a four-week extension to grieve and recover the draft briefs in opposition. Defendants agreed to J-M Manufacturing's request.

**WHEREFORE**, without objection, J-M Manufacturing respectfully requests that the Court grant a four-week extension such that (a) J-M Manufacturing's deadline to file responses to Defendants' Motion to Strike, Motion to Dismiss, Request for Judicial Notice in Support of their

Motion to Dismiss and Special Motion to Strike is October 2, 2024, and (b) Defendants' deadline to file replies thereto is October 23, 2024.

| | |
|---|---|
| Dated: September 3, 2024 | Respectfully submitted, |
| | */s/ Maria O'Keeffe* |
| | Ashwin J. Ram (ARDC No. 6286478) |
| | Maria K. O'Keeffe (ARDC No. 6342654) |
| | Steptoe LLP |
| | 227 West Monroe, Suite 4700 |
| | Chicago, IL 60606 |
| | (213) 439-9443 |
| | aram@steptoe.com |
| | mokeeffe@steptoe.com |
| | |
| | Andrew Adams (*Pro Hac Vice Forthcoming*) |
| | Steptoe LLP |
| | 1114 Avenue of the Americas |
| | New York, NY 10036 |
| | acadams@steptoe.com |
| | |
| | Sonja Arndt (*Pro Hac Vice*) |
| | Steptoe LLP |
| | One Market Plaza |
| | Steuart Tower, Suite 1070 |
| | 1 Market Street, Number 1800 |
| | San Francisco, CA 94105 |
| | sarndtjohnson@steptoe.com |
| | |
| | Frank Fletcher (*Pro Hac Vice*) |
| | General Counsel |
| | J-M Manufacturing Company, Inc. d/b/a JM Eagle |
| | 5200 W. Century Boulevard |
| | Los Angeles, CA 90045 |
| | |
| | *Counsel for J-M Manufacturing Company, Inc.* |

**CERTIFICATE OF SERVICE**

      I certify that on September 3, 2024, I caused a true and correct copy of this motion to be electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

*/s/ Maria O'Keeffe*
Maria K. O'Keeffe
