# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

J–M Manufacturing Company, Inc.

                                      Plaintiff,

v.                                               Case No.: 1:24–cv–03853

                                              Honorable Robert W. Gettleman

Simmons Hanly Conroy, LLP, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendants' Motion For Leave To Exceed Page Limits And Extend Time To File Reply Memoranda [35] and Agreed Motion [36] are granted. Defendants' consolidated reply memorandum is due by 10/25/2024 and defendants have leave to file a reply of up to 20 pages. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.