# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMMONS HANLY CONROY, LLP, NICHOLAS, ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, and JOHN and JANE DOES 1–25, <br><br> Defendants. | Case No. 24 C 3853 <br> Judge Robert W. Gettleman |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☒ in favor of Defendant (s), SIMMONS HANLY CONROY, LLP, NICHOLAS, ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, and JOHN and JANE DOES 1–25

against Plaintiff (s) J-M MANUFACTURING COMPANY, INC.
Defendant(s) shall recover costs from plaintiff(s)

☒ other: decline to exercise jurisdiction over counts III-V

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on motions.

Date: 3/18/2025                                         Thomas G. Bruton, Clerk of Court

                                                        Claire E. Newman, Deputy Clerk