# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMMONS HANLY CONROY, LLP, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, and JOHN AND JANE DOES 1-25, <br><br> Defendants. | Hon. Robert W. Gettleman <br><br> CASE NO. 1-24-CV-03853 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANT'S RESPONSE**

With the agreement of Defendants Simmons Hanly Conroy, LLP, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, and Stan Jones (collectively, "Defendants"), Plaintiff J-M Manufacturing Company, Inc., respectfully requests a four-week extension of Plaintiff's time to file an amended complaint, along with a corresponding six-day extension of Defendants' time thereafter to file an answer or other response to the amended complaint. *See* Dkt. 60. Plaintiff makes this request in good faith due to counsel's pre-scheduled family obligations in early October, along with counsel's other professional responsibilities in a time-sensitive matter.

WHEREFORE, Plaintiff, unopposed, respectfully requests that the Court grant (1) a four-week extension of its time to file an amended complaint, moving the deadline from October 14, 2025, to November 11, 2025; and (2) a corresponding six-day extension of Defendants' time

thereafter to file their answer or other response to the amended complaint, moving the deadline from November 11, 2025, to December 15, 2025.

Dated: September 25, 2025

Respectfully Submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram (ARDC No. 6286478)
David H. Chao (*Pro Hac Vice*)
Sonja Arndt (*Pro Hac Vice*)
Buchalter PC

180 North LaSalle Street
Suite 3300
Chicago, IL 60601

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

(213) 891-5035
aram@buchalter.com
dchao@buchalter.com
sarndtjohnson@buchalter.com

Frank Fletcher (*Pro Hac Vice*)
General Counsel J-M Manufacturing Company, Inc.
d/b/a JM Eagle
5200 W. Century Boulevard
Los Angeles, CA 90045

*Counsel for J-M Manufacturing Company, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on September 25, 2025, I caused a true and correct copy of this motion to be electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

                                        */s/ David H. Chao*
                                        David H. Chao