# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC., | |
| Plaintiff, | Hon. Robert W. Gettleman |
| v. | CASE NO. 1:24-CV-03853 |
| SIMMONS HANLY CONROY LLP, JOHN SIMMONS, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, SOKOLOVE LAW, LLC AND JOHN AND JANE DOES 1–25, | JURY TRIAL DEMANDED ORAL ARGUMENT REQUESTED |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants Simmons Hanly Conroy LLP, John Simmons, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, Stan Jones, and Sokolove Law, LLC respectfully move this Court to dismiss the First Amended Complaint of Plaintiff J-M Manufacturing Company, Inc. with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). In support of this Motion, Defendants submit the accompanying memorandum of law.

**WHEREFORE**, Defendants Simmons Hanly Conroy LLP, John Simmons, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, Stan Jones, and Sokolove Law, LLC respectfully request that this Court enter an order dismissing the First Amended Complaint in its entirety with prejudice, and granting such other and further relief that may be just and proper.

Dated: January 23, 2026

Respectfully submitted,

JENNER & BLOCK LLP

*/s/ John R. Storino*
John R. Storino

Reid J. Schar (6243821)
John R. Storino (6273115)
Andrianna D. Kastanek (6286554)
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rschar@jenner.com
jstorino@jenner.com
akastanek@jenner.com

Kirsten H. Spira (admitted *pro hac vice*)
2029 Century Park East
Suite 1450
Los Angeles, CA 90067-2901
Tel: (213) 239-6900
kspira@jenner.com

Amit B. Patel (6309876)
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
apatel@jenner.com

*Counsel for Defendants*