**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS HANLY CONROY LLP, JOHN SIMMONS, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, SOKOLOVE LAW, LLC, AND JOHN AND JANE DOES 1–25,<br><br>Defendants. | Hon. Robert W. Gettleman<br><br>CASE NO. 1:24-CV-03853<br><br>JURY TRIAL DEMANDED<br><br>ORAL ARGUMENT REQUESTED |

# DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16 AND FOR ATTORNEYS' FEES

Defendants Simmons Hanly Conroy LLP, John Simmons, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, Stan Jones, and Sokolove Law, LLC respectfully move this Court to strike Counts IV, V, and VI of Plaintiff J-M Manufacturing Company, Inc.'s First Amended Complaint pursuant to California Code of Civil Procedure section 425.16 (California's anti-SLAPP statute). In support of this Special Motion, Defendants submit the accompanying memorandum of law.

**WHEREFORE**, Defendants Simmons Hanly Conroy LLP, John Simmons, Nicholas Angelides, Perry Browder, Amy Garrett, Benjamin Goldstein, Suvir Dhar, Crystal Foley, Deborah Rosenthal, Stan Jones, and Sokolove Law, LLC respectfully request that this Court enter an order striking Counts IV, V, and VI of the First Amended Complaint with prejudice, setting a briefing

schedule to determine the amount of an award of attorneys' fees and costs, and granting such other and further relief that may be just and proper.

Dated: January 23, 2026

Respectfully submitted,

JENNER & BLOCK LLP

*/s/ John R. Storino*
John R. Storino

Reid J. Schar (6243821)
John R. Storino (6273115)
Andrianna D. Kastanek (6286554)
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rschar@jenner.com
jstorino@jenner.com
akastanek@jenner.com

Kirsten H. Spira (admitted *pro hac vice*)
2029 Century Park East
Suite 1450
Los Angeles, CA 90067-2901
Tel: (213) 239-6900
kspira@jenner.com

Amit B. Patel (6309876)
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
apatel@jenner.com

*Counsel for Defendants*