**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **J-M MANUFACTURING COMPANY, INC.,** | |
| Plaintiff, | Case No. 1:24-cv-03853 |
| v. | Judge Robert W. Gettleman |
| **SIMMONS HANLY CONROY, LLP, JOHN SIMMONS, NICHOLAS ANGELIDES, PERRY BROWDER, AMY GARRETT, BENJAMIN GOLDSTEIN, SUVIR DHAR, CRYSTAL FOLEY, DEBORAH ROSENTHAL, STAN JONES, SOKOLOVE LAW, LLC, and JOHN AND JANE DOES 1-25,** | |
| Defendants. | |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE OF
SONJA ARNDT-JOHNSON**

I respectfully move to withdraw my appearance as an attorney for Plaintiff.  I am not lead counsel, and my co-counsels of record continue to represent Plaintiff as reflected on the docket, so my withdrawal will not prejudice any party or the Court.

Respectfully submitted,

/s/ Sonja Arndt-Johnson

Sonja Arndt-Johnson
Buchalter LLP
425 Market Steet, Suite 2900
San Francisco, CA 94105
sarndtjohnson@buchalter.com

May 22 2026

i