# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

J–M Manufacturing Company, Inc.

Plaintiff,

v.                                                   Case No.: 1:24–cv–03853
                                                     Honorable Robert W. Gettleman

Simmons Hanly Conroy, LLP, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

MINUTE entry before the Honorable Virginia M. Kendall: Attorney Sonja Arndt–Johnson's Motion to withdraw her appearance [97] is granted. This motion and order were reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.